UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| TERESAMINGO M. GAMBLE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No.  5:14-cv-00846-HGD |
| ) | |
| COMMISSIONER, SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant ) | |

# **O R D E R**

On January 6, 2015, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.  No objections to the magistrate judge's report and recommendation have been filed by plaintiff or defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation and plaintiff's objections thereto, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge.  It is, therefore, ORDERED, ADJUDGED

and DECREED that defendant's Motion to Dismiss is due to be and hereby is DENIED.

DONE this 2nd day of February, 2015.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE