# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

**TERESAMINGO M. GAMBLE,**              )
                                        )
   **Plaintiff,**                        )
                                        )
**vs.**                                 )   Civil Action Number
                                        )     5:14-cv-846-AKK
                                        )
**COMMISSIONER, SOCIAL**                )
**SECURITY ADMINISTRATION,**            )
                                        )
   **Defendant.**                        )

## MEMORANDUM OPINION

On February 23, 2016, the magistrate judge's report and recommendation was entered, doc. 34, and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.  On March 1, 2016, plaintiff filed objections to the magistrate judge's report and recommendation. Doc. 35.

After careful consideration of the record in this case, the magistrate judge's report and recommendation, and plaintiff's objections, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge that the decision of the Commissioner be affirmed.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** the 14th day of March, 2016.

                              _____
                                  **ABDUL K. KALLON**
                            UNITED STATES DISTRICT JUDGE